*Leave to Appeal Denied October 16, 2015:*

KING V PARK WEST GALLERIES, INC, No. 151115; Court of Appeals No. 314188.

MARKMAN, J. (*dissenting*). Plaintiff purchaser sued defendant art merchant in 2010 for an allegedly fraudulent transaction, accompanied by a certificate of authenticity, that occurred in 1999. I would grant leave to appeal to address the extent to which a false representation by

a merchant, express or implied, including but not limited to the issuance of a certificate of authenticity by that merchant, can under the fraudulent concealment statute, MCL 600.5855, serve to toll, potentially indefinitely, the period of limitations as to the underlying fraudulent transaction. See MCL 600.5807(8) (providing the lengthiest potential period of limitations in this case, six years for breach of contract); see also MCL 442.322(a) (providing that a certificate of authenticity from an art merchant to a purchaser, as in this case, creates an express warranty of authenticity).

LARSEN, J., did not participate in the disposition of this matter because the Court considered it before she assumed office and her vote is not outcome-determinative.